# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

FILED
MAR 07 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA,  )
                           )
V.                         )    NO. 1:22-CR-00018-JLT-SKO
                           )
                           )    THIRD PARTY CUSTODY
MARTIN CERVANTES           )
                           )

MARTIN CERVANTES, defendant herein, is placed in the custody of:

OSCAR GOMEZ PEREZ
NAME

1008 STANLEY AVE.
ADDRESS

CORCORAN, CA 93212
CITY, STATE, ZIP

(559) 362-1671
TELEPHONE

who agrees to supervise the defendant as to any restrictions on travel, association or place of abode and to use every effort to assure the appearance of the defendant at all scheduled hearings before any court of this District and to notify the Court immediately in the event the defendant violates any condition of release or disappears.

DATED: MARCH 4, 2022          _____
                              CUSTODIAN

I agree to this third party custody arrangement.

DATED: MARCH 5, 2022          _____
                              DEFENDANT

APPROVED:

_____
JUDICIAL OFFICER