PHILLIP A. TALBERT
United States Attorney
KATHERINE E. SCHUH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00018-JLT-SKO |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| MARTIN CERVANTES, | DATE: April 20, 2022 |
| Defendant. | TIME: 1:00 p.m. COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a status conference on April 20, 2022.

2.      By this stipulation, defendant now moves to continue the status conference until June 29, 2022, and to exclude time between April 20, 2022, and June 29, 2022, under the Speedy Trial Act.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes investigative reports, surveillance camera footage, investigative documents, and search warrant photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendant desires additional time to review discovery, consult with

her client, conduct investigation into the charges, and to explore potential resolution with the government.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 20, 2022 to June 29, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

1       4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4       IT IS SO STIPULATED.

5

6

7  Dated:  April 13, 2022                     PHILLIP A. TALBERT
                                     Acting United States Attorney

8

9                                   /s/ KATHERINE E. SCHUH
                                 KATHERINE E. SCHUH

10                                  Assistant United States Attorney

11

12 Dated:  April 13, 2022                     /s/ ERIC SCHWEITZER

13                                  ERIC SCHWEITZER
                                 Counsel for Defendant

14                                  MARTIN CERVANTES

15

16                            **ORDER**

17      IT IS SO ORDERED.

18

19

20

21 DATED:  4/13/2022                  *Sheila K. Oberto*

22                            THE HONORABLE SHEILA K. OBERTO
                              UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28