ERIC H. SCHWEITZER # 179776
ANNIE L. DAVIIDAN - #252644
SCHWEITZER & DAVIDIAN, PC
620 DeWitt Avenue, Suite 102
Clovis, California 93612
Tel: 559-322-1500
Fax: 559-322-1551

Attorneys for Defendant: MARTIN CERVANTES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:22-CR-00018-JLT-SKO |
| )  Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| MARTIN CERVANTES, ) | |
| )  Defendant. ) | |
| ) | |

Having recognized the Stipulation of the parties filed with the Court, the Court hereby

Orders modification of the terms of the Order issued on March 9, 2022, to allow defendant,

Martin Cervantes, to appear in all ongoing state Dependency matters and to participate in any

and all reunification services that may be offered to him in the dependency case(s) pertaining to

his natural children.

IT IS SO ORDERED.

Dated:  __**June 16, 2022**__                        __/s/ Erica P. Grosjean__
                                                                          UNITED STATES MAGISTRATE JUDGE

1
ORDER