PHILLIP A. TALBERT
United States Attorney
LAURA JEAN BERGER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00018-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING MODIFICATIONS OF CONDITIONS OF RELEASE; AND ORDER |
| v. | |
| MARTIN CERVANTES, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, Defendant was ordered to comply with terms and conditions as a part of his pretrial release. *See* Dkt. No. 21 (Order Setting Conditions of Release).

2. By this stipulation, defendant now moves to modify the terms of the aforementioned order to allow him to seek and obtain gainful employment.

3. The parties and the pretrial services officer are in agreement as to this modification.

4. The parties agree and stipulate, and request that the Court find the following:

    a) The Court may modify the Order Setting Conditions of Release to allow defendant to seek and obtain gainful employment.

    b) That the Court hereby modify the Order Setting Conditions of Release allowing

for the following modification to defendant's location monitoring condition, condition 7(p), as proposed by the Pretrial Services Officer, to reflect:

> You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person.  You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company.  You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; CURFEW: You must remain inside your residence every day from 9:00 pm to 6:00 am, or as adjusted by the pretrial services officer for medical, religious services, employment, or court-ordered obligations.

IT IS SO STIPULATED.

Dated:  September 14, 2022
PHILLIP A. TALBERT
United States Attorney

/s/ LAURA JEAN BERGER
LAURA JEAN BERGER
Assistant United States Attorney

Dated:  September 14, 2022
/s/ ERIC SCHWEITZER
ERIC SCHWEITZER
Counsel for Defendant
MARTIN CERVANTES

IT IS SO ORDERED.

Dated:  **September 15, 2022**       /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING CONDITIONS OF RELEASE; [PROPOSED] ORDER

2