1  PHILLIP A. TALBERT
United States Attorney
2  LAURA JEAN BERGER
Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
Fresno, CA 93721
4  Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
United States of America
7

8                  IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                    CASE NO.  1:22-CR-00018-JLT-SKO

12                          Plaintiff,           STIPULATION REGARDING EXCLUDABLE
                                                 TIME PERIODS UNDER SPEEDY TRIAL ACT;
13              v.                               ORDER

14  MARTIN CERVANTES,                            DATE: December 7, 2022
                                                 TIME: 1:00 p.m.
15                          Defendant.           COURT: Hon. Sheila K. Oberto

16

17                                 **STIPULATION**

18      Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20      1.      By previous order, this matter was set for a status conference on December 7, 2022.

21      2.      By this stipulation, defendant now moves to continue the status conference until April 5,

22  2023, and to exclude time between December 7, 2022, and April 5, 2023, under the Speedy Trial Act.

23      3.      The parties agree and stipulate, and request that the Court find the following:

24          a)      The government has represented that the discovery associated with this case

25  includes investigative reports, surveillance camera footage, investigative documents, and search

26  warrant photographs. All of this discovery has been either produced directly to counsel and/or

27  made available for inspection and copying.

28          b)      Counsel for defendant desires additional time to review discovery, consult with

STIPULATION REGARDING EXCLUDABLE TIME                 1
PERIODS UNDER SPEEDY TRIAL ACT

1  his client, conduct investigation into the charges, and to explore potential resolution with the

2  government.

3  c)      Counsel for defendant believes that failure to grant the above-requested

4  continuance would deny him the reasonable time necessary for effective preparation, taking into

5  account the exercise of due diligence.

6  d)      The government does not object to the continuance.

7  e)      Based on the above-stated findings, the ends of justice served by continuing the

8  case as requested outweigh the interest of the public and the defendant in a trial within the

9  original date prescribed by the Speedy Trial Act.

10  f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

11  et seq., within which trial must commence, the time period of December 7, 2022 to April 5,

12  2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [because it

13  results from a continuance granted by the Court at defendant's request on the basis of the Court's

14  finding that the ends of justice served by taking such action outweigh the best interest of the

15  public and the defendant in a speedy trial.

16  4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

17  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

18  must commence.

19  IT IS SO STIPULATED.

20

21

22  Dated:  November 29, 2022                     PHILLIP A. TALBERT
                                                   United States Attorney

23

24                                                /s/ LAURA JEAN BERGER
                                                   LAURA JEAN BERGER
25                                                 Assistant United States Attorney

26

27  Dated:  November 29, 2022                     /s/ ERIC SCHWEITZER
                                                   ERIC SCHWEITZER
28                                                 Counsel for Defendant
                                                   MARTIN CERVANTES

STIPULATION REGARDING EXCLUDABLE TIME                          2
PERIODS UNDER SPEEDY TRIAL ACT

1

2

3                                         **ORDER**

4          IT IS SO ORDERED.

5

6

7     DATED:                          _____
                                       THE HONORABLE SHEILA K. OBERTO
8                                      UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME                    3
PERIODS UNDER SPEEDY TRIAL ACT