**ERIC H. SCHWEITZER #179776**
**ANNIE L. DAVIDIAN #252644**
**SCHWEITZER & DAVIDIAN, PC**
620 DeWitt Avenue, Suite 102
Clovis, CA 93612
Tel: (559) 322-1500
Fax: (559) 322-1551

ATTORNEYS FOR DEFENDANT, MARTIN CERVANTES

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MARTIN CERVANTES,<br><br>　　　　　Defendant. | Case No. 22-cr-00018-JLT-SKO<br><br>**STIPULATION AND ORDER REGARDING CONDITIONS OF RELEASE** |

It is hereby agreed to by the Government and Eric H. Schweitzer, Attorney for Defendant, that Defendant's condition of release regarding location monitoring shall be vacated.

Pretrial Services agrees with the termination of location monitoring as Defendant has been in compliance with his release conditions and has no new law violations for over six months. Pretrial Services advises that location monitoring is no longer necessary.

///
///
///
///

1

All other previously imposed conditions of release, not in conflict with this order, shall remain in full force and effect.

Dated:  December 23, 2022.        PHILLIP A. TALBERT
                                  UNITED STATES ATTORNEY


                                  By   /s/ ANTONIO J. PATACA
                                       ANTONIO J. PATACA
                                       Assistant U.S. Attorney


Dated:  December 23, 2022.        SCHWEITZER & DAVIDIAN


                                  By   /s/ ERIC H. SCHWEITZER
                                       ERIC H. SCHWEITZER
                                       Attorney for Defendant,
                                       MARTIN CERVANTES


**ORDER**

IT IS SO ORDERED.

Dated:  **December 23, 2022**

                                  UNITED STATES MAGISTRATE JUDGE