1 | PHILLIP A. TALBERT
United States Attorney
2 | ANTONIO J. PATACA
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

5

6 | Attorneys for Plaintiff
United States of America

7

8

                    IN THE UNITED STATES DISTRICT COURT

9

                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,             CASE NO.  1:22-CR-00018-JLT-SKO

12 |                    Plaintiff,          STIPULATION SETTING CHANGE OF PLEA
                                           HEARING; ORDER
13 |          v.
                                           DATE: November 15, 2023
14 | MARTIN CERVANTES,                      TIME: 1:00 p.m.
                                           COURT: Hon. Sheila K. Oberto
15 |                    Defendant.

16

17 |                              **STIPULATION**

18 |       Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 | through defendant's counsel of record, hereby stipulate as follows:

20 |       1.     By previous order, this matter was set for a status conference on November 15, 2023.

21 |       2.     By this stipulation, defendant now moves to vacate the status conference and set a change

22 | of plea hearing on March 6, 2024, and to exclude time between November 15, 2023, and March 6, 2024,

23 | under the Speedy Trial Act.

24 |       3.     The parties agree and stipulate, and request that the Court find the following:

25 |             a)     The government has represented that the discovery associated with this case

26 | includes investigative reports, surveillance camera footage, investigative documents, and search

27 | warrant photographs. All of this discovery has been either produced directly to counsel and/or

28 | made available for inspection and copying.

STIPULATION SETTING CHANGE OF PLEA HEARING                    1

1     b)     Counsel for defendant desires additional time to review discovery, consult with

2  his client, conduct investigation into the charges, prepare for the change of plea hearing, and

3  gather evidence in mitigation for sentencing.

4     c)     Counsel for defendant believes that failure to grant the above-requested

5  continuance would deny him the reasonable time necessary for effective preparation, taking into

6  account the exercise of due diligence.

7     d)     The government does not object to the continuance.

8     e)     Based on the above-stated findings, the ends of justice served by continuing the

9  case as requested outweigh the interest of the public and the defendant in a trial within the

10  original date prescribed by the Speedy Trial Act.

11     f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12  et seq., within which trial must commence, the time period of November 15, 2023 to March 6,

13  2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [because it

14  results from a continuance granted by the Court at defendant's request on the basis of the Court's

15  finding that the ends of justice served by taking such action outweigh the best interest of the

16  public and the defendant in a speedy trial.

17     4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the

18  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

19  must commence.

20     IT IS SO STIPULATED.

21

22

23  Dated:  November 7, 2023                    PHILLIP A. TALBERT
                                               United States Attorney

24
                                               /s/ ANTONIO J. PATACA
25                                             ANTONIO J. PATACA
                                               Assistant United States Attorney
26

27

28

Dated:  November 7, 2023

/s/ ERIC SCHWEITZER
ERIC SCHWEITZER
Counsel for Defendant
MARTIN CERVANTES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

IT IS SO ORDERED.

DATED: 11/9/2023

*Sheila K. Oberto*

THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

STIPULATION SETTING CHANGE OF PLEA HEARING

4