PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00018-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION CONTINUING CHANGE OF PLEA HEARING; ORDER |
| v. | |
| MARTIN CERVANTES, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for a change of plea hearing on March 4, 2024.

2.  By this stipulation, defendant now moves to continue the change of plea hearing to July 29, 2024, and to exclude time between March 4, 2024, and July 29, 2024, under the Speedy Trial Act.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case includes investigative reports, surveillance camera footage, investigative documents, and search warrant photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b)  Counsel for defendant desires additional time to review discovery, consult with

his client, conduct investigation into the charges, prepare for the change of plea hearing, and gather evidence in mitigation for sentencing.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 4, 2024 to July 29, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated:  February 28, 2024       PHILLIP A. TALBERT
                 United States Attorney

                 /s/ ANTONIO J. PATACA
                 ANTONIO J. PATACA
                 Assistant United States Attorney

Dated:  February 28, 2024       /s/ ERIC SCHWEITZER
                 ERIC SCHWEITZER
                 Counsel for Defendant
                 MARTIN CERVANTES

**ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated: __February 28, 2024__

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE