IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 1:22-CR-00018-1-JLT; |
|---|---|---|
| Plaintiff, | ) | Appeal No.: 24-7518 |
| vs. | ) | **ORDER APPOINTING COUNSEL** |
| MARTIN CERVANTES, | ) | |
| Defendant. | ) | |

The defendant has satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Jay A. Nelson be appointed to represent the above defendant in this case effective *nunc pro tunc* to January 8, 2025 on appeal, in place of retained attorney, Eric Schweitzer.

This appointment shall remain in effect until further order of this court, or until the pending criminal matter and any direct appeal is resolved, whichever is first.

IT IS SO ORDERED.

Dated: **January 16, 2025**

UNITED STATES DISTRICT JUDGE

-1-