Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, MARTIN CERVANTES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN CERVANTES,<br><br>Defendant. | Case No.: 1:22 CR 18 JLT/SKO<br><br>Stipulation and Order To Delay Bureau of Prisons Report Date |

The parties to this matter, by and through their respective counsel, hereby stipulate as follows:

1. Mr. Cervantes has been ordered to report to the Bureau of Prisons no later than February 25, 2025. The parties agree that Mr. Cervantes' report date should be delayed until June 25, 2025 for reasons discussed below.

///

///

1

2. Mr. Cervantes' counsel has provided government counsel with copies of medical records indicating that Mr. Cervantes has an ongoing medical issue that requires continuing medical appointments to determine the best medication regimen. Mr. Cervantes' next appointment on March 6 and a follow up appointment and evaluation is expected in early June. Defense counsel is informed and believes that the time between appointments is necessary to assess the effectiveness of the medication regimen.

It is so stipulated and agreed.

Dated:  February 20, 2025                MICHELLE BECKWITH, ACTING U.S. ATTY

/s/ Antonio  Pataca
ANTONIO J. PATACA
Assistant United States Attorney


Dated:  February 20, 2025                Respectfully submitted,

 /s/ Kevin Rooney
KEVIN P. ROONEY
Attorney for Defendant
Martin Cervantes


### ORDER

IT IS SO ORDERED, pursuant to the stipulation of the parties, that Mr. Martin Cervantes shall surrender for service of the sentence ordered in this case at the institution designated by the Bureau of Prisons before 2:00 p.m. on June 25, 2025, and if no such institution has been designated, to the United States Marshal in the Eastern District of California.

IT IS SO ORDERED.

Dated:   **February 21, 2025**

UNITED STATES DISTRICT JUDGE

2